UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Case No. 2:09-cr-296

         v.

FERIT CANKURT,

         Defendant.

_____

   This matter being opened to the Court by a letter submission dated September 17, 2009 by Julian Wilsey, Esq. of Franzblau Dratch, P.C., attorneys for defendant Ferit Cankurt, seeking the return of the defendant's passport from the Pre-Trial Services Office for the District of New Jersey, upon notice to Assistant United States Attorney Rodney Villazor of the United States Attorney's Office for the District of New Jersey, and the court having considered the request, and for good cause being,

   IT IS on this  23  day of  September , 2009

   ORDERED that the passport presently in the custody of the Pre-Trial Services Office for the District of New Jersey be returned to Ferit Cankurt.

                                   _____
                                   William H. Walls, Senior Judge