UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         Case No. 2:09-cr-296

v.

FERIT CANKURT,

　　　Defendant.

---

This matter being opened to the Court by a letter submission dated October 15, 2009 by Julian Wilsey, Esq. of Franzblau Dratch, P.C., attorneys for defendant Ferit Cankurt, seeking a modification of the Court's August 19, 2009 Judgment, which included twelve months of house arrest as a condition of probation, so that the defendant can attend a wedding and reception on November 1, 2009 in the State of New Jersey, upon notice to Assistant United States Attorney Rodney Villazor of the United States Attorney's Office for the District of New Jersey, and the Court having considered the request, and no objection to the request was made by the government, and for good cause being shown,

IT IS on this 16 day of October, 2009

ORDERED that:

1. That the terms of the August 19, 2009 Judgment be modified to the extent that the defendant be and is hereby permitted to attend a wedding on Sunday, November 1, 2009,

consisting of a religious ceremony and reception occurring in the municipalities of Hackensack and Rockleigh, New Jersey, respectively.

    2.    The defendant shall be afforded sufficient time to be able to arrive at the church at which the wedding is to take place, attend the religious ceremony, and thereafter attend the reception and have sufficient time to return home.

    3.    All of the other conditions of the August 19, 2009 Judgment shall remain in effect.

_____
William H. Walls, Senior Judge
U.S.D.J.