# FRANZBLAU DRATCH, P.C.
ATTORNEYS AT LAW
PLAZA ONE
354 EISENHOWER PARKWAY
P.O. BOX 472
LIVINGSTON, N.J. 07039-0472
(973) 992-3700
TELECOPIER (973) 992-7945
email: <lastname>@njcounsel.com

S. M. CHRIS FRANZBLAU△
STEPHEN N. DRATCH*
MARTIN L. FENIK*
PATRICK T. COLLINS◇▽
JULIAN WILSEY
BRIAN M. DRATCH*

NEW YORK OFFICE
233 BROADWAY
SUITE 2701
NEW YORK, NY 10279
(212) 571-1808
PLEASE REPLY TO N.J. OFFICE

WEBSITE:
www.njcounsel.com

OF COUNSEL
RICHARD E. MISCHEL*
ALLEN B. PEARL
CYRUS J. BLOOM
SANFORD F. YOUNG*◇

*NJ & NY BAR
△NJ & DC BAR
◇PA BAR
□CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL ATTORNEY
▽CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

WRITER'S DIRECT DIAL: (973) 533-7272

December 23, 2009

Via FACSIMILE AND E-MAIL (Loretta_Minott@njd.uscourts.gov)

Hon. William H. Walls, Senior Judge
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. &
 Courthouse, Room 4046
50 Walnut Street
Newark, NJ 07102

Re:  United States of America v. Ferit Cankurt a/k/a "Freddie"
     Crim. Dkt. No. 2:09-cr-00296(WHW)

Honorable Judge:

On August 17, 2009, you sentenced my client, Ferit Cankurt, to a four year term of probation with twelve months of house arrest as one of the conditions of probation.

My client is being supervised by Stanley Redstone of the United States Probation Office. Probation Officer Redstone has rejected my client's request to be allowed to go to church on Christmas Day (December 25, 2009) to celebrate the holiday. When I spoke to Mr. Redstone this morning, he indicated that Mr. Cankurt can go to church on Sundays, but is not allowed to go to church on Christmas.

It is my understanding that the services that Mr. Cankurt wishes to attend are being held at the St. Gabriel Syriac Orthodox Church in Hackensack, New Jersey. The services begin at approximately 9:00 a.m. and conclude at approximately 11:30 a.m.

I am asking that the Court enter an Order granting my client permission to observe the Christmas holiday by being allowed to go to church for the time period set forth in the preceeding paragraph, and appropriate travel time to and from the church. I have contacted Assistant United States Attorney Rodney Villazor, who prosecuted this matter, about this request, and Mr. Villazor

**FRANZBLAU DRATCH, P.C.**
A PROFESSIONAL CORPORATION

Hon. William H. Walls, Senior Judge
December 23, 2009
Page 2


has consented to this request.

　　Should the Court need any additional information, or have any questions, I respectfully ask that I be contacted.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　JULIAN WILSEY

JW/rlm
cc:　AUSA Rodney Villazor (E-Mail/Regular Mail)
　　　Ferit Cankurt (Regular Mail)
　　　Probation Officer Stanley Redstone (Via Facsimile 973-645-2155)

*[handwritten notation with signature, dated 23 Dec 2009]*