PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cankurt, Ferit                                          Cr.: 09-206-001
                                                                          PACTS Number: 42645

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 8/19/09

Original Offense: Conspiracy to defraud the United States

Original Sentence: Probation four years, $5000 fine, DNA testing, financial disclosure, no new debt, and twelve months home confinement.

Type of Supervision: Probation                           Date Supervision Commenced: 8/19/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of one months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

The offender has agreed to serve an additional month of home confinement, because on February 1, 2010, he pled guilty to a municipal ordinance in Paramus Municipal Court, because he is a jeweler, that purchased jewelry from a customer, and is prohibited from disposing of the merchandise for five days. Ferit was ordered to pay a $500 fine and $33 court cost.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 2/12/10

PROB 12B - Page 2<br>Cankurt, Ferit

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

/16 March 2010/
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender has agreed to serve an additional month on home confinement, because he pled guilty to violating a municipal ordinance in Paramus Municipal Court, being a jewelry dealer, prohibiting him from disposing of items purchased from customers for five days after the purchase. Mr. Cankurt was ordered to pay a $500 fine and $33 court cost.

Witness: _____  Signed: _____
Senior U.S. Probation Officer         Probationer or Supervised Releasee
Stanley. K. Whetstone                 Cankurt, Ferit

2-5-10
DATE