UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        Case No. 2:09-cr-296

    v.

FERIT CANKURT,

    Defendant.

---

This matter being opened to the Court by a letter submission dated March 31, 2010 by Julian Wilsey, Esq. of Franzblau Dratch, P.C., attorneys for defendant Ferit Cankurt, seeking a modification of the Court's August 19, 2009 Judgment, which included twelve months of house arrest as a condition of probation, so that the defendant can attend religious ceremonies in connection with the Easter holiday Thursday, April 1, 2010 and Friday, April 2, 2010, upon notice to Assistant United States Attorney Rodney Villazor of the United States Attorney's Office for the District of New Jersey, who has consented to this application, and the Court having considered the request, and for good cause being shown,

    IT IS on this 31 day of March, 2010

    ORDERED that:

1. That the terms of the August 19, 2009 Judgment be modified to the extent that the defendant be and is hereby permitted to attend religious ceremonies on the evening of

Thursday, April 1, 2010 and Friday, April 2, 2010.

2. The defendant shall be afforded sufficient time to be able to arrive at the church at which the religious ceremonies are being held, attend the religious ceremony, and have sufficient time to return home.

3. All of the other conditions and modifications of the August 19, 2009 Judgment shall remain in effect.

_____
William H. Walls, Senior Judge
U.S.D.J.

The undersigned agree to
the form and entry of the
within Order

_____
Rodney Villazor

_____
Julian Wilsey