UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            Case No. 2:09-cr-296

      v.

FERIT CANKURT,

    Defendant.

---

    This matter being opened to the Court by a letter submission dated May 27, 2010 by Julian Wilsey, Esq. of Franzblau Dratch, P.C., attorneys for defendant Ferit Cankurt, seeking a modification of the Court's August 19, 2009 Judgment, which included twelve months of house arrest as a condition of probation (which Judgment was modified to include an additional month of home confinement, as set forth in an Order dated March 16, 2010), so that the defendant can attend a wedding ceremony and reception on June 6, 2010 in the State of New Jersey, upon notice to Assistant United States Attorney Rodney Villazor of the United States Attorney's Office for the District of New Jersey, who has advised defense counsel that he has no objection to the request, and the Court having considered the request, and for good cause being shown,

    IT IS on this ___1___ day of ___June___, 2010

ORDERED that:

1. That the terms of the August 19, 2009 Judgment be modified to the extent that the defendant be and is hereby permitted to attend a wedding on Sunday, June 6, 2010, consisting of a religious ceremony and reception occurring in the municipalities of Hackensack and Garfield, New Jersey, respectively.

2. The defendant shall be afforded sufficient time to be able to arrive at the church at which the wedding is to take place, attend the religious ceremony, travel to and attend the reception, and have sufficient time to return home.

3. All of the other conditions of the August 19, 2009 Judgment and March 16, 2010 modification of said Judgment shall remain in effect.

_____
William H. Walls, Senior Judge
U.S.D.J.