PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cankurt. Ferit

Cr.: 09-296
PACTS Number: 42645

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 8/19/09

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Probation four years, 12 home confinement, no new debt, financial disclosure, and a $5,000 fine.

Type of Supervision: Probation Date Supervision Commenced: 8/19/09

### PETITIONING THE COURT

[ ] To extend the term of supervision for Years, for a total term of Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM (One month) (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of one month commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

### CAUSE

On September 24, 2010, Cankurt was discharged from the halfway house because he tested positive for tuberculosis. He is unable to return to the facility because he is required to take a prescribed medication for nine months to treat the ailment.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 10/27/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

23 November 2010
Date